## EXECUTIVE ORDER 15

*Restrictions on Activities to Limit Spread of COVID-19*

**WHEREAS**, on March 13, 2020, a state of emergency was declared in St. Louis County relating to the immediate and significant risk posted to the health, safety, wellbeing of the people of St. Louis County that is presented by COVID-19;

**WHEREAS**, in a short period of time, COVID-19 has rapidly spread, causing sickness and even a death of St. Louis County residents, necessitating more significant protocols;

**WHEREAS**, additional measures are necessary for the preservation of the public health and safety throughout St. Louis County, and to ensure that the basic daily needs of people and essential businesses are met; and

**WHEREAS**, the Director of the Department of Public Health and other public health experts have recommended that these additional measures include significant limitations on activities that could allow COVID-19 to spread throughout the community, such as requiring people to stay at home other than engaging in certain activities, requiring that non-essential businesses and social service organizations cease non-essential activities, and other similar restrictions;

**NOW, THEREFORE**, I, Sam Page, County Executive, St. Louis County, Missouri, do hereby **ORDER** and **DECLARE** the following:

1.     The Director of the Department of Public Health shall take such actions as are necessary to ensure that people stay home when possible, that people are free to meet their basic needs, and that essential services will still be provided.  In particular, the order should:

1

a. **Protect Basic Activities**: at a minimum, the order should ensure that people are able to do the following, subject to reasonable restrictions designed to protect public health and safety:

    i. perform tasks essential to the health and safety of individuals, their families, their household members, and their pets, such as obtaining medical supplies or medication, visiting a health care professional or hospital, or obtaining supplies necessary to work from home;

    ii. obtain or deliver necessary services or supplies for themselves, household members, or others necessary to maintain safety and sanitation;

    iii. engage in outdoor walking, jogging, and exercise;

    iv. go to work when and where they can without endangering their health or the health of others;

    v. engage in religious worship; and

    vi. engage in other activities that are necessary and appropriate.

b. **Protect Basic Needs**: at a minimum, the order should ensure that the following can continue functioning in our community, subject to reasonable restrictions designed to protect public health and safety:

    i. healthcare professionals, facilities, and businesses that provide medical care, supplies, and medicine;

    ii. grocery stores, food producers, and the supply chain that delivers food, water and other beverages, and household goods to grocery stores;

    iii. restaurants and bars for only pickup, curbside, carry-out, take-out, and

2

delivery services;

  iv.  banks and other financial institutions;

   v.  gas stations and auto-repair shops; and

  vi.  other businesses as may be appropriate and necessary to provide for the basic needs of our community.

c.  **Protect Social Services**: at a minimum, the order should ensure that schools and social services organizations can continue providing food, shelter, services, and care for children, economically disadvantaged people, people with physical, intellectual, or development disabilities, and other communities in need.  The order should include special provisions applying to people experiencing homelessness and people for whom staying at home is unsafe, such as people experiencing domestic violence.

d.  **Protect Workers**: at a minimum, the order should ensure that workers can continue doing their jobs if they can do so without undermining their health or the health of others, understanding that health and safety may require some workers to work from home.  Also, the order should ensure that labor can continue engaging in essential activities like administering health and welfare funds and checking on the safety of their members provided they do so in accordance with appropriate health restrictions.  The order should provide efficient remedies when even essential businesses violate it.

e.  **Protect Businesses**: at a minimum, the order should ensure that essential businesses may continue providing for the community's needs and that non-essential businesses can maintain basic operations while their employees work

from home.  The order should also protect the ability of employees to get what they need to work from home.

     f.  **Encourage Social Distancing**: the order should also ensure people and businesses practice social distancing and other public health measures as may be appropriate.

2.    The Director of the Department of Public Health may promulgate such mandatory or advisory rules, orders, policies, and guidance as is necessary and appropriate to implement this Executive Order or to define any of the terms used in this order.  Mandatory rules, orders, or policies so promulgated shall have the force of law to the greatest extent permitted by federal, state, and county law.

3.    This order shall be effective immediately upon my execution hereof, but the order issued by the Director of the Department of Public Health shall impose the restrictions described herein on March 23, 2020 and shall continue impose those restrictions for at least thirty days unless she deems that a shorter period can be imposed while still protecting public health and safety.

    **SO ORDERED** this twenty-first day of March, 2020.

ST. LOUIS COUNTY, MISSOURI

_____
Sam Page
County Executive