# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HAIS, HAIS, AND GOLDBERGER, P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SENTINEL INSURANCE CO., LTD., ) <br> ) <br> Defendant. ) <br> ) | Case No: 4:20 CV 919 DDN |

## PROPOSED NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now Defendant Sentinel Insurance Company, Ltd., with a proposed notice of supplemental authority pursuant to the parties' joint motion for leave to file supplemental authority. Defendant requests that the Court take notice of the following supplemental authority in connection with Defendant's motion to dismiss, which consists of trial court rulings in other Covid-19-related coverage suits from around the country entered after the close of briefing on the motion to dismiss in this case:

- *Franklin EWC, Inc. v. The Hartford Financial Services Group, Inc.*, No. 20-cv-4434, 2020 WL 5642483 (N.D. Cal. Sept. 22, 2020) (attached as Exhibit A);

- *It's Nice, Inc. v. State Farm Fire and Casualty Co.*, No. 20-L-547 (Ill. Cir. Ct. Sept. 29, 2020) (attached as Exhibits B and C);

- *Wilson v. Hartford Casualty Co.*, No. 20-cv-3384, 2020 WL 5820800 (E.D. Pa. Sept. 30, 2020) (attached as Exhibit D);

- *Mark's Engine Co. No. 28 Rest., LLC v. The Travelers Indemnity Co. of Conn.*, No. 2:20-cv-4423, 2020 WL 5938689 (C.D. Cal. Oct. 2, 2020) (attached as Exhibit E);

- *Kenneth Seifert d/b/a The Hair Place and Harmar Barbers, Inc. v. IMT Ins. Co.*, No. 20-cv-1102, 2020 WL 6120002 (D. Minn. Oct. 16, 2020) (attached as Exhibit F);

- *Travelers Casualty Ins. Co. of America v. Geragos and Geragos*, No. 20-cv-3619,

2020 WL 6156584 (C.D. Cal. Oct. 19, 2020) (attached as Exhibit G);

- *Founder Institute Inc. v. Hartford Fire Ins. Co.*, No. 20-cv-4466, 2020 WL 6268539 (N.D. Cal. Oct. 22, 2020) (attached as Exhibit H);

- *Vizza Wash, LP v. Nationwide Mutual Ins. Co. and Bradley Worth*, No. 5:20-cv-680 (W.D. Tex. Oct. 26, 2020) (attached as Exhibit I); and

- *West Coast Hotel Mgmt., LLC v. Berkshire Hathaway Guard Ins. Cos.*, No. 2:20-cv-5663 (C.D. Cal. Oct. 27, 2020) (attached as Exhibit J).

Dated: October 30, 2020

Respectfully submitted,

By:    */s/ Patrick J. Kenny*
Patrick J. Kenny   MO #38032
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
pkenny@atllp.com
akennedy@atllp.com

James L. Brochin
(admitted pro hac vice)
Khristoph A. Becker
(admitted pro hac vice)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 506-3900
Fax: (212) 506-3950
jbrochin@steptoe.com
kbecker@steptoe.com

Sarah D. Gordon
(admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
sgordon@steptoe.com

***Attorneys for Defendant Sentinel Insurance Company, Ltd.***

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 30, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                      */s/ Patrick J. Kenny*
                                      Patrick J. Kenny