## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HAIS, HAIS, AND GOLDBERGER, P.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No:  4:20 CV 919 DDN ) |
| SENTINEL INSURANCE CO., LTD., | ) ) ) |
| Defendant. | ) ) |

## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now Defendant Sentinel Insurance Company, Ltd., with a second notice of supplemental authority pursuant to the Court's order granting the parties' joint motion for leave to file supplemental authority. (Doc.  32). Sentinel requests that the Court take notice of the following supplemental authority in connection with its motion to dismiss, which consists of trial court rulings in other Covid-19-related coverage suits from around the country entered after the close of briefing on the motion to dismiss in this case:

- *Goodwill Indus. Of Cent. Okla., Inc. v. Philadelphia Indem. Ins. Co.*, No. 20-cv-511 (W.D. Okla. Nov. 9, 2020) (attached as Exhibit A);

- *Brian Handel D.M.D., P.C. v. Allstate Ins. Co.*, No. 20-cv-3198, 2020 WL 654893 (E.D. Pa. Nov. 6, 2020) (attached as Exhibit B);

- *N&S Restaurant LLC v. Cumberland Mut. Fire Ins. Co.*, No. 20-cv-5289, 2020 WL 6501722 (D.N.J. Nov. 5, 2020) (attached as Exhibit C);

- *MAC Property Group LLC & The Cake Boutique LLC v. Selective Fire and Casualty Ins. Co.*, No. L-2629-20 (N.J. Super. Ct. Nov. 5, 2020) (attached as Exhibit D);

- *Real Hospitality, LLC v. Travelers Cas. Ins. Co. of Am.*, No. 20-cv-0087, 2020 WL 6503405 (S.D. Miss. Nov. 4, 2020) (attached as Exhibit E);

- *Nahmad v. Hartford Cas. Ins. Co.*, No. 20-cv-22833, 2020 WL 6392841 (S.D. Fla. Nov. 2, 2020) (attached as Exhibit F);

- *FAFB LLC v. Blackboard Ins. Co.*, No. L-000892-20 (N.J. Super. Ct. Oct. 30, 2020) (attached as Exhibit G).

Dated: November 16, 2020

Respectfully submitted,

By:     */s/ Patrick J. Kenny*
Patrick J. Kenny      MO #38032
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
pkenny@atllp.com


James L. Brochin
(admitted pro hac vice)
Khristoph A. Becker
(admitted pro hac vice)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 506-3900
Fax: (212) 506-3950
jbrochin@steptoe.com
kbecker@steptoe.com

Sarah D. Gordon
(admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
sgordon@steptoe.com

***Attorneys for Defendant Sentinel Insurance Company, Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Patrick J. Kenny*
Patrick J. Kenny